IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAYTON VETERANS : 
RESIDENCES, LP d/b/a
FREEDOM'S PATH AT DAYTON,

    Plaintiff, :

  v.                                        Case No. 3:16-cv-466

DAYTON METROPOLITAN :   JUDGE WALTER H. RICE
HOUSING AUTHORITY d/b/a
GREATER DAYTON PREMIER
MANAGEMENT,

    Defendant.

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT'S
MOTION TO DISMISS UNDER 12(b)(1) AND 12(b)(6) (DOC. #5)

---

Given the subsequent filing of the Amended Complaint, Doc. #6, and the Motion to Dismiss the Amended Complaint, Doc. #7, Defendant's earlier Motion to Dismiss Under 12(b)(1) and 12(b)(6), Doc. #5, is OVERRULED AS MOOT.

Date: February 14, 2017

                                                      WALTER H. RICE
                                                      UNITED STATES DISTRICT JUDGE