# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DAYTON VETERANS RESIDENCES LIMITED PARTNERSHIP, d/b/a FREEDOM'S PATH AT DAYTON, <br><br> Plaintiff, <br><br> v. <br><br> DAYTON METROPOLITAN HOUSING AUTHORITY, <br><br> Defendant. | CIVIL NO. 3:16-CV-00466 <br><br> JUDGE WALTER H. RICE |

## ENTRY GRANTING DAYTON METROPOLITAN HOUSING AUTHORITY'S MOTION FOR LEAVE TO EXCEED MEMORANDA PAGE LIMIT

Upon Defendant Dayton Metropolitan Housing Authority's motion and for good cause shown, DMHA is hereby granted leave to submit its Reply Memorandum in Support of Motion for Summary Judgment exceeding the page limitation contained in this Court's General Order No. Day 12-01 – Pretrial and Trial Procedures. DMHA's Reply Memorandum in Support of Motion for Summary Judgment shall not exceed 27 pages in length.

IT IS SO ORDERED.

_____
HONORABLE WALTER H. RICE

Date: 7-3-18