# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FREEDOM'S PATH AT DAYTON | : | |
| Plaintiff, | : | Case No. 3:16cv466 |
| -vs- | : | District Judge Walter H. Rice |
| DAYTON METROPOLITAN HOUSING AUTHORITY | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman, for purposes of conducting a mediation.

Dated: February 12, 2019

Walter H. Rice
United States District Judge