IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAYTON VETERANS RESIDENCE LIMITED PARTNERSHIP d/b/a FREEDOM'S PATH AT DAYTON,

Plaintiff,

v.

DAYTON METROPOLITAN HOUSING AUTHORITY d/b/a GREATER DAYTON PREMIER MANAGEMENT,

Defendant.

Case No. 3:16-cv-466

JUDGE WALTER H. RICE

## RECUSAL ORDER

For the reasons discussed with counsel in conference calls held on January 22, 2020, and January 23, 2020, the undersigned RECUSES himself from this case, and directs the Clerk of Courts to REASSIGN it to Judge Thomas Rose for all further proceedings.

Date: February 4, 2020

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE