AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Freedom's Path at Dayton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-CV-466 |
| Dayton Metropolitan Housing Authority | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  JUDGMENT IS AWARDED TO DEFENDANT DAYTON METROPOLITAN HOUSING AUTHORITY AND AGAINST PLAINTIFF FREEDOM'S PATH AT DAYTON.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for Summary Judgment.

Date: 1/5/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*